UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1844

ROBERT HAYES, union for black alliance for the
homeless, handicap,

                                        Plaintiff - Appellant,

        versus

BOARD  OF  ELECTION  FOR  BALTIMORE  CITY;
ELECTORAL COLLEGE COMMISSION,

                                        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge. (CA-03-
1678-1-AMD)

Submitted:  December 11, 2003      Decided:  December 19, 2003

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Hayes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Hayes appeals the district court's order dismissing as frivolous his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Hayes v. Bd. of Election</u>, No. CA-03-1678-1-AMD (D. Md. filed June 17, 2003 & entered June 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>